IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.     NO. 4-11-CR-00200 JMM

CARUTHERS CORDALE DUKES; and
BOBBY M. KHABEER

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2012

JAMES W. McCORMACK, CLERK
By: Jackson
                    DEP CLERK

## AGREED PROTECTIVE ORDER

Based upon the agreement of counsel for the United States and defendants, the Court hereby enters the following Agreed Protective Order pursuant to Fed. R. Crim. P. 16(d)(1).

1. Counsel for the United States has allowed defense counsel for defendants Caruthers Cordale Dukes and Bobby Khabeer and defendant Bobby Khabeer to review photographs and video/audio recordings of controlled purchases of controlled substances in the United States Attorney's Office. Defense counsel now requests copies of the photographs and recordings for trial preparation purposes. The United States has no objection, with the conditions set forth below. The conditions set forth below are requested due to witness security issues.

2. Defense counsel and defendants shall not disclose the photographs or recordings directly or indirectly to any person, except those assisting the defense, persons who are interviewed as potential witnesses, potential experts, or other authorized persons, during the course of the investigation and defense of this case. Defense counsel and defendants shall not use the photographs or recordings in any fashion outside the framework of this litigation. Therefore, counsel for the parties have agreed, and the Court orders, that any and all photographs or recordings produced shall be used solely for the purpose of litigating this action and that those photographs and recordings shall not be disclosed except as permitted herein.

4. While counsel may review the photographs and recordings with the defendants, defendants shall not be provided with the originals or copies of the photographs or recordings. The photographs and recordings shall not be duplicated without prior written authorization from the Court. Counsel for defendants and defendants are strictly forbidden from disseminating any photographs and recordings covered by this Order. Counsel and defendants understand and agree that a violation of this provision of the Agreed Protective Order could subject them to a finding of contempt of Court.

5. The photographs and recordings shall be maintained in a secure storage space at the respective offices of defense counsel or maintained under the custody and control of defense counsel when not in the secure storage space. Counsel for the defendants shall return all photographs and recordings and any copies thereof to AUSA Stephanie Mazzanti immediately upon the conclusion of the trial in this case.

6. When disclosing the discovery materials to an authorized person, the defendants' counsel must inform the authorized person that the materials are provided subject to the terms of this Protective Order and that the authorized person must comply with the terms of this Protective Order.

7. Each defendants' counsel will inform the defendant of the provisions of this Protective Order, and direct them not to disclose or use any information contained in the government's discovery in violation of this Protective Order. However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

**IT IS SO ORDERED THIS** 26 **DAY OF** July **, 2012.**

*[signature]*
JAMES M. MOODY
**UNITED STATES DISTRICT JUDGE**

**APPROVED:**

*[signature]*
Stephanie Mazzanti

*[signature]*
Dale West

*[signature]*
Marion Humphrey

3